IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA
PLAINTIFF,

vs.                          Cr. No. 2:04CR20003-001

EDGAR ZAVALA-CACIQUE,
DEFENDANT.

### ORDER FOR REMISSION OF SPECIAL ASSESSMENT AND FINE

Now on this 17th day of May, 2006, comes on to be considered the Government's Petition for Remission of Special Assessment and Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On May 20, 2004, Defendant was sentenced to sixteen months incarceration, three years supervised release, a $100.00 special assessment and a $1,000.00 fine.

2. The Government moves to remit Defendant's special assessment and fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine... are not likely to be effective, the court may, in the interest of justice - -

The Government states that the Defendant was deported on February 4, 2005, and that there is no reasonable likelihood that the special assessment and fine can be collected.

4. Upon due consideration, the Government's Petition for Remission of Special Assessment and Fine is hereby granted and Defendant's special assessment and fine are remitted.

IT IS SO ORDERED

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 17 2006

CHRIS R. JOHNSON, CLERK

BY
                DEPUTY CLERK

HONORABLE ROBERT T. DAWSON
U. S. DISTRICT JUDGE